UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRITTNEY BROWN,

    Plaintiff,

v.

ROGER A. YOUNG, in his official capacity
as Executive Director of the Florida Fish
and Wildlife Conservation Commission, and
MELISSA TUCKER,
in her individual capacity,

    Defendants.

CASE NO.: 4:25-cv-419

_____/

## DECLARATION OF MELISSA TUCKER

I, **Melissa Tucker**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct based on my personal knowledge and review of official Florida Fish and Wildlife Conservation Commission ("FWC") records:

1.    I serve as Director of the Division of Habitat and Species Conservation within the Florida Fish and Wildlife Conservation Commission. In that role, I oversee program operations, staff management, and partner coordination for field and conservation personnel statewide.

2.    I have personal knowledge of the circumstances surrounding the termination of Brittney Brown's employment and of the events leading up to and following that decision. My statements are based on firsthand involvement, direct

observation, and contemporaneous agency records maintained in the ordinary course of business.

3. In mid-September, 2025, FWC leadership became aware that Ms. Brown had reposted a publicly visible Instagram story that referenced the assassination of a political figure in a manner many members of the public interpreted as mocking or condoning the act. The post was quickly linked to Ms. Brown's employment at FWC through her publicly accessible profile.

4. Within hours of that association, the agency's communications office began receiving a large volume of calls, emails, and online messages from citizens, volunteers, and partner organizations. Many expressed concern or outrage, questioning whether the post reflected FWC's values or political neutrality.

5. Over the next two days, hundreds of citizen contacts, and multiple media inquiries were received across FWC's public channels. The volume and tone of these communications disrupted agency operations, required diversion of staff resources to manage responses, and raised legitimate concerns about the agency's credibility and public trust.

6. FWC maintains a professional-standards policy that applies equally to all employees, regardless of viewpoint. The policy prohibits conduct or public statements that reasonably appear to compromise the agency's integrity, neutrality, or ability to perform its mission. The policy is content-neutral and has been enforced consistently.

7. Ms. Brown's position involved regular interaction with external partners, volunteers, and local-government contacts. Because the viral post had become publicly

associated with her employment and had generated significant public reaction, FWC leadership determined that her continued service in a public-facing role would impair the agency's operational effectiveness and its reputation for neutrality.

8. The decision to terminate Ms. Brown's employment was made by agency leadership after internal consultation. I signed the termination letter in my capacity as Division Director. My role was administrative and ministerial; I did not act out of personal animus, political disagreement, or retaliatory motive.

9. At no point did FWC take issue with Ms. Brown's political opinions or seek to suppress any viewpoint. The agency's decision was based solely on its reasonable assessment that the widespread public association of her repost with FWC had caused actual and foreseeable disruption, partner concern, and reputational harm inconsistent with the agency's statutory mission.

10. Since that time, FWC has continued to apply its professional-standards policy uniformly and without regard to the personal political beliefs of any employee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _28th_ of October, 2025, in Tallahassee, Florida.

*Melissa Tucker* (signature)

**Melissa Tucker**
Director, Division of Habitat and Species Conservations
Florida Fish and Wildlife Conservation Commission