UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **BRITTNEY BROWN**, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 4:25-cv-419 |
| | ) |
| vs. | ) |
| | ) |
| **ROGER A. YOUNG** in his official capacity | ) |
| as Executive Director of the Florida Fish | ) |
| and Wildlife Conservation Commission, | ) |
| and **MELISSA TUCKER**, | ) |
| in her individual capacity, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT REGARDING DISCOVERY

Pursuant to the Court's Initial Scheduling Order (Dkt. No. 24) entered on November 10, 2025, and in compliance with Fed.R.Civ.P. 16 and 26, the Parties hereby submit this Joint Status Report regarding discovery served to date:

1. Plaintiff served Requests for Production on both Defendants.

A. Defendants have provided all non-privileged documents that Defendants believe are responsive to the Requests.

B. The parties are presently consulting concerning certain additional documents which may be subject to production, namely:

    (i) Text exchanges between Defendant Young and Chief Conservation Officer George Warthen and Colonel Brian Smith, disclosed in Young's Answers to Interrogatories, but not produced.

    (ii) Defendant Tucker's *cv* or description of job duties; produced on this date.

  C. The parties are also consulting about the possibility of adding Bates numbers to the documents produced by the Defendants as they are presently without Bates numbers.

  2. Plaintiff served Interrogatories on both Defendants; both Defendants have provided their Answers to those Interrogatories.

  3. Plaintiff served Requests for Admissions on both Defendants. Both Defendants have provided their Responses.

  4. Plaintiff set the deposition of Defendant Melissa Tucker for January 14, 2026. Notice of that deposition has been served.

  5. Plaintiff set the Rule 30(b)(6) deposition of Young or a representative of the Fish and Wildlife Conservation Commission for January 21, 2026. Notice of that deposition has been served.

  6. Plaintiff has also scheduled, or is in the process of scheduling, the following depositions:

  A. Claire Sunquist Blunden

      B.      Jennifer Goff

      C.      Jon Creamer

      D.      George Warthen

All those depositions will occur before the January 30, 2026 cut-off date established by the Court.

      5.      Plaintiff served a third party subpoena on Libs of TikTok LLC seeking documents relevant to this case. Consultations took place with counsel for that company but Libs of TikTok refused to produce any documents. Plaintiff filed a Motion to enforce the subpoena in the Southern District of Florida where it is pending as <u>Brown v. Libs of Tik Tok LLC</u>, Case 1:26-mc-20006-JAL. A live hearing on the Motion has been scheduled before Magistrate Judge Marty Fulgueira Elfenbein on January 20, 2026. [Dkt 5, Case 1:26-mc-20006-JAL].

      6.      Defendants have not yet served any discovery or set any depositions in this matter. Any discovery which may be conducted in the future, will be consistent with the Court's scheduling orders.

      7.      Defendants will serve their Rule 26 Initial Disclosures in this case immediately. The parties have consulted regarding the timing of those disclosures.

      8.      On December 16, 2025, the Court entered its Order on the Defendants' Motion to Dismiss which allowed the majority of Plaintiff's claims to proceed. [Dkt

33]. Defendants will serve their responsive pleading immediately. The parties have consulted regarding the status and timing of that filing.

9. The Parties will continue to meet their obligations under the Court's Order by filing updated Joint Status Reports every thirty (30) days, detailing additional discovery requests and the status of responses.

Dated: January 13, 2026

*Respectfully submitted,*

 /s/ Gary S. Edinger
Gary S. Edinger (FBN 606812)
**BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.**
305 N.E. First Street
Gainesville, Florida 32601
Tel.: 352-338-4440
Fax: 352-337-0696
GSEdinger12@gmail.com

-and-

Caroline McNamara (FBN 1038312)
Michelle Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, Florida 33134
Tel.: 786-363-2738
cmcnamara@aclufl.org
mmorton@aclufl.org
spast@aclufl.org

 /s/ Taylor H. Greene
Taylor H. Greene (FBN 1011792)
Robert E. Minchin III (FBN 1033022)
**LAWSON HUCK GONZALEZ, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: 850-825-4334
taylor@lawsonhuckgonzalez.com
bob@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
alyssa@lawsonhuckgonzalez.com
leah@lawsonhuckgonzalez.com

-and-

Rhonda E. Parnell (FBN 535249)
620 South Meridian Street
Tallahassee, Florida 32399
Tel: 850-487-1764
Rhonda.Parnell@myfwc.com
*Counsel for the Defendants*

dtilley@aclufl.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Report has been furnished to TAYLOR H. GREENE, Esquire [taylor@lawsonhuckgonzalez.com] and ROBERT E. MINCHIN III, Esquire [bob@lawsonhuckgonzalez.com], 101 E. College Avenue, 5th Floor, Tallahassee, Florida 32301; and to RHONDA E. PARNELL, Esquire [Rhonda.Parnell@myfwc.com], 620 South Meridian Street, Tallahassee, Florida 32399, via the CM/ECF System this 13th day of January, 2026.

      /s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No.: 0606812