**patrick d** <patrick@libsoftiktok.com>

to media ▾

 Sat, Sep 13, 8:23 PM    ☆    ↰    ⋯

Good evening,

I am a journalist with Libs of TikTok reaching out due to a comment that was reportedly made by one of your employees, Britt Brown, a Fisheries & Wildlife Biological Scientist.

Ms. Brown recently made a concerning post about the assassination of Charlie Kirk, appearing to mock his death.

I have attached a copy of the comment to this email.

We would like to know if the Florida Fish and Wildlife Commission supports these kinds of statements? What is your social media policy for employees?

Deadline to respond is tomorrow at 1pm ET. Thank You

--
PATRICK V
*Media Manager*
patrick@libsoftiktok.com

**One attachment** • Scanned by Gmail ⓘ    ⊕ Add to Drive





LIBS OF TIK TOK LLC 001



EXHIBIT 6

WIT: YAWN, ANNA.
DATE: 1/21/2026/i.c.
Brown v. Roger A. Young

# Office of Communications - Tallahassee

Shannon Knowles, Director

850-488-4676

media@myfwc.com

Ashlee Sklute, Press Secretary

850-488-4676

media@myfwc.com