**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**BRITTNEY BROWN,**

***Plaintiff,***

**v.** **Case No.: 4:25cv419-MW/MJF**

**ROGER A. YOUNG and**
**MELISSA TUCKER,**

***Defendants.***
_____________________________/

**ORDER REFERRING MOTION TO**
**MAGISTRATE JUDGE FOR EVIDENTIARY HEARING**

Pending before this Court is Plaintiff's motion for summary judgment, ECF No. 43, and Plaintiff's motion for sanctions for filing fraudulent declaration, ECF No. 44. Given the seriousness of the allegations in Plaintiff's motion for sanctions, this Court refers the motion, ECF No. 44, to Magistrate Judge Martin Fitzpatrick for an evidentiary hearing. Defendants shall file a response to the motion **on or before March 11, 2026**, and both sides shall contact Magistrate Judge Fitzpatrick to schedule an evidentiary hearing for a mutually agreeable date. Finally, Magistrate Judge Fitzpatrick shall advise the United States Attorney's Office to send a representative to monitor the evidentiary hearing as deemed appropriate.

**SO ORDERED on March 4, 2026.**

**s/Mark E. Walker**
**United States District Judge**