## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**BRITTNEY BROWN,**

     *Plaintiff,*

v.                                                    **Case No.: 4:25cv419-MW/MJF**

**ROGER A. YOUNG and**
**MELISSA TUCKER,**

     *Defendants.*
_____/

## ORDER FOR AMENDED PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS WITH SPECIAL INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 39(c)(1), this Court, on its own motion, will put the issue of liability with respect to Plaintiff's official-capacity claim against Defendant Young to the jury hearing Plaintiff's individual-capacity claim against Defendant Tucker. While the jury will decide the matter of liability and damages with respect to the individual-capacity claim—subject to any decision on qualified immunity that this Court will make—the jury will act as an advisory jury only as to the issue of liability for the official-capacity claim.

Accordingly, the parties must file proposed jury instructions for the advisory jury on the issue of Defendant Young's liability in his official capacity. The parties must also propose verdict forms with special interrogatories addressing the factual predicates for official-capacity liability.

Finally, this Court routinely submits verdict forms with special interrogatories that address specific factual findings key to this Court's ruling on qualified immunity. For example, this Court just submitted such a verdict form with special interrogatories regarding disputed material facts in a Fourth Amendment excessive force case. *See* ECF No. 175 in Case No.: 4:21cv429-MW/MJF. This Court has reviewed the parties' proposed verdict forms with respect to Ms. Tucker's liability, and this Court requires the parties to take another stab at special interrogatories on the fact-specific issues implicating qualified immunity with respect to Defendant Tucker.

The parties' proposed instructions and verdict forms with special interrogatories for the advisory jury with respect to Defendant Young and amended proposed instructions and verdict forms with special interrogatories with respect to Defendant Tucker are due **on or before 5:00 p.m. (ET) on Monday, May 18, 2026.**

**SO ORDERED on May 13, 2026.**

**s/Mark E. Walker**                        
**United States District Judge**

2