**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

BRITTNEY BROWN,

     *Plaintiff,*

v.

ROGER A. YOUNG, *et al.*,

     *Defendants*.

Case No. 4:25-cv-00419-MW-MJF

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

The Parties jointly submit this notice of settlement pursuant to the Court's Order for Pretrial Conference, ECF 38, and state as follows:

1.     Plaintiff Brittney Brown and Defendants Roger A. Young and Melissa Tucker (the "Parties") have agreed to a global settlement in resolution of this case, captioned *Brown v. Young et al.*, Case No. 4:25-cv-00419-MW-MJF, in the U.S. District Court for the Northern District of Florida.

2.     At approximately 8:00 p.m. on May 18, 2026, the Parties reached an agreement to all terms of a Settlement Agreement and Global Release (the "Agreement"), the terms of which include a cash payment to Plaintiff (the "Settlement Payment"). Final edits to the Agreement followed by final signatures are in process.

1

3.     The Agreement provides that Plaintiff will dismiss all claims with prejudice in consideration for the Settlement Payment.

4.     The Settlement Payment resolves, releases, waives, satisfies, and extinguishes Plaintiff's sanctions-related fee claims to the fullest extent permitted by law.

5.     Plaintiff agrees that the value of any sanctions-related attorney fees has been fully compensated through the Settlement Payment.

6.     The Parties acknowledge that the contractual resolution of Plaintiff's sanctions-related fee claims through the Settlement Payment is separate from any judicial relief from, or further review of, the Sanctions Order, which remains subject to the Court's authority.

7.     Plaintiff takes no position regarding, and will not oppose, any future motion or other request for relief from the Sanctions Order.

8.     The Parties request the Court stay all pending deadlines in the case pending dismissal.

9.     The Parties are prepared to participate in the scheduled Pretrial Conference at 9:00 a.m. on May 19, 2026, at the Court's discretion.

Respectfully submitted May 18, 2026,

/s/ *Gary S. Edinger*
Gary S. Edinger, Esq. (FBN 606182)
**Benjamin, Aaronson, Edinger**
**& Patanzo P.A.**
305 Northeast First Street
Gainesville, FL 32601
(352) 338-4440
Fax: (352) 337-0696
GSEdinger12@gmail.com

/s/ *Caroline A. McNamara*
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
Michelle Morton (FBN 81975)
Samantha Jo Past (FBN 1054519)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134-1585
(786) 363-2738
cmcnamara@aclufl.org
dtilley@aclufl.org
mmorton@aclufl.org
spast@aclufl.org

*Counsel for Plaintiff*

/s/ *Taylor H. Greene*
**Jason Gonzalez**
Florida Bar No. 146854
**Taylor H. Greene**
Florida Bar No.: 1011792
**Robert E. Minchin III**
Florida Bar No.: 1033022
**LAWSON HUCK GONZALEZ, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, FL 32301
jason@lawsonhuckgonzalez.com
taylor@lawsonhuckgonzalez.com
bob@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
alyssa@lawsonhuckgonzalez.com
leah@lawsonhuckgonzalez.com

*Counsel for Defendant Roger A. Young,*
*in his official capacity*

3

*/s/ Miriam R. Coles*
**Miriam R. Coles**
Florida Bar No. 58402
mcoles@henryblaw.com
**Dawn M. McMahon** Florida
Bar No.: 735531
dmcmahon@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317
Telephone: (850) 222-2920
Facsimile: (850) 224-0034

*Attorneys for Defendant Melissa Tucker*