**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BRITTNEY BROWN,**

    *Plaintiff,*

v.                                                          Case No.:  **4:25cv419-MW/MJF**

**ROGER A. YOUNG and
MELISSA TUCKER,**

    *Defendants.*
_____/

### ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT

The parties have filed a joint notice, ECF No. 89, indicating that this case has been settled. This Order acknowledges the notice of settlement and stays all deadlines until May 27, 2026. The Clerk shall remove this case from the trial docket and **CANCEL** the trial presently scheduled for June 15, 2026. **On or before Wednesday, May 27, 2026**, the parties must file a stipulation of dismissal or a status report in the event they are unable to file a stipulation of dismissal on or before that date.

This Court also **VACATES** its prior Order Accepting Report and Recommendation and Imposing Sanctions, ECF No. 73, as to both Defendant Tucker individually and the law firm of Lawson Huck Gonzalez, PLLC, and will take no

further action.

       **SO ORDERED on May 19, 2026.**

                                 **s/Mark E. Walker**                 
                                 **United States District Judge**