# United States District Court
### CIVIL MINUTES - GENERAL

Time: 9:00 – 9:14 a.m.                                    Case # 4:25cv419-MW-MJF

Date: May 19, 2026

BRITTNEY BROWN v. ROGER A. YOUNG, et al.

DOCKET ENTRY: TELEPHONIC PRETRIAL CONFERENCE held.  Parties discuss case status and [89] Notice of Settlement.  Ruling by Court: Case removed from trial docket and all remaining deadlines stayed.  Parties to file stipulation of dismissal/status report by 5/27/26.  Court will vacate [73] Order imposing sanctions.  Order to follow.

PRESENT:    HONORABLE **MARK E. WALKER**, U.S. DISTRICT JUDGE

Victoria Milton McGee                                    Megan Hague
Deputy Clerk                                                    Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Gary Edinger

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Taylor Greene (Young)
Miriam Coles (Tucker)

Initials of the Clerk:  VMM